## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN, et al.,
    Plaintiffs,

v.                                                              CV No. 20-200 GBW/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,
_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants
_____

LUIS TREJO,
    Third-party Plaintiff

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,
_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court after conferring with counsel about a mutually convenient date and time. **IT IS HEREBY ORDERED** that a status conference will be

held by telephone on **Tuesday, August 18, 2020, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE