**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KENNETH LUMAN, et al.,
      Plaintiffs,

v.                                        CV No. 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
      Defendants,

_____

LUIS TREJO, et al.,
      Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
      Third-Party Defendants,

_____

BALBACH TRANSPORT, INC.,
      Counterclaimant,

v.

KENNETH LUMAN, et al.,
      Counter-Defendants

_____

LUIS TREJO,
      Third-party Plaintiff

v.

KENNETH LUMAN, et al.,
      Third-party Defendants,

_____

LUIS TREJO,
      Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
      Counter-Defendants.

## ORDER RESETTING TELEPHONIC STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the previously scheduled status conference set

for **Tuesday, August 18, 2020, at 2:30 p.m.** is **RESET** for **Tuesday, August 25, 2020,**

**at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877)

810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to

the proceedings.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE