**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KENNETH LUMAN, et al.,
Plaintiffs,
v. CV No. 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
Defendants,

---

LUIS TREJO, et al.,
Third-Party Plaintiffs,
v.

KENNETH LUMAN, et al.,
Third-Party Defendants,

---

BALBACH TRANSPORT, INC.,
Counterclaimant,
v.

KENNETH LUMAN, et al.,
Counter-Defendants

---

LUIS TREJO,
Third-party Plaintiff
v.

KENNETH LUMAN, et al.,
Third-party Defendants,

---

LUIS TREJO,
Counterclaimant,
v.

GREENWOOD MOTOR LINES, INC., et al.,
Counter-Defendants.

**ORDER RESETTING TELEPHONIC STATUS CONFERENCE**

**IT IS HEREBY ORDERED** that the previously scheduled status conference set for **Thursday, December 3, 2020, at 2:00 p.m.** is **RESET** for **Tuesday, December 1,**

**2020, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE