## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN, et al.,
    Plaintiffs,

v.   CV No. 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,
_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants,
_____

LUIS TREJO,
    Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,
_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

### ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Defendants' *Notice of Objections and*

*Motion to Quash Plaintiff's Subpoena to T-Mobile USA Inc., Served on October 23, 2020* (the "Motion"), (Doc. 62), filed November 5, 2020. Plaintiffs may file a response to the Motion no later than **Thursday, November 12, 2020**. Defendants Luis Trejo and Balbach Transport, Inc. may file a reply in support of their Motion no later than **Monday, November 16, 2020**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE