IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN, et al.,
  Plaintiffs,

v.                  CV No. 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
  Defendants,
_____

LUIS TREJO, et al.,
  Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
  Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
  Counterclaimant,

v.

KENNETH LUMAN, et al.,
  Counter-Defendants,
_____

LUIS TREJO,
  Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
  Third-party Defendants,
_____

LUIS TREJO,
  Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
  Counter-Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Stipulated Motion to Extend Case Management Deadlines* (the "Motion"), (Doc. 65), filed November 9, 2020. In the Motion,

the parties explain that due to scheduling issues between all parties and counsel, key depositions have not yet taken place, with the result that the parties are "unable to provide Experts with the evidence needed to complete their analysis and expert reports." (Doc. 65 at 2). As a result, the parties request to modify the dates and deadlines set forth in the Court's *Scheduling Order*, (Doc. 21). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 21), shall be modified as follows:

1. The deadline for Plaintiff to submit expert reports shall be extended to **February 16, 2021**;
2. The deadline for Defendant to submit expert reports shall be extended to **March 16, 2021**;
3. The deadline for completion of discovery shall be extended to **April 28, 2021**;
4. The deadline for discovery motions shall be extended to **May 17, 2021**;
5. The deadline for other pretrial motions shall be extended to **June 1, 2021**;
6. The deadline for the plaintiff's pretrial order shall be extended to **July 16, 2021**;
7. The deadline for the defendants' pretrial order shall be extended to **July 30, 2021**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 21), remain in effect unless amended by further order of the Court

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE