## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN, et al.,
    Plaintiffs,

v.                                    CV No. 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,
_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants
_____

LUIS TREJO,
    Third-party Plaintiff

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,
_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

## ORDER VACATING STATUS CONFERENCE AND
## SETTING HEARING ON MOTION

**THIS MATTER** is before the Court on Defendants' *Notice of Objections and Motion to Quash Plaintiff's Subpoena to T-Mobile USA Inc., Served on October 23, 2020* (the "Motion"), (Doc. 62), filed November 5, 2020; Plaintiffs' *Response to Defendants' Motion to Quash* (the

"Response"), (Doc. 66), filed November 12, 2020; and Defendants' *Reply in Support of Notice of Objections and Motion to Quash Plaintiff's Subpoena to T-Mobile USA Inc., Served on October 23, 2020* (the "Reply"), (Doc. 68), filed November 16, 2020.

**IT IS HEREBY ORDERED** that a telephonic motion hearing is scheduled for **December 1, 2020, at 1:30 p.m.** Counsel shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the hearing.

**IT IS FURTHER ORDERED** that the previously scheduled status conference, set for December 1, 2020, at 2:00 p.m., is hereby **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE