**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KENNETH LUMAN, et al.,
    Plaintiffs,

v.                                                            CV No. 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,
_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants,
_____

LUIS TREJO,
    Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,
_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

**ORDER DENYING DEFENDANTS' MOTION TO QUASH
PLAINTIFFS' SUBPOENA TO PRODUCE DOCUMENTS**

    **THIS MATTER** is before the Court on Defendant Balbach Transport, Inc. and

Defendant Luis Trejo's *Notice of Objections and Motion to Quash Plaintiff's Subpoena to*

*T-Mobile USA Inc., Served on October 23, 2020* (the "Motion"), (Doc. 62), filed November 5, 2020; and the Court's telephonic hearing held on December 1, 2020. The Court, having considered the Motion, the briefing of the parties, the relevant law, and the remarks of counsel at the hearing, finds, for the reasons stated at the hearing, that the Motion shall be **DENIED**.

**IT IS THEREFORE ORDERED** that Defendant Balbach Transport, Inc. and Defendant Luis Trejo's *Notice of Objections and Motion to Quash Plaintiff's Subpoena to T-Mobile USA Inc., Served on October 23, 2020*, (Doc. 62), is **DENIED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE