## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN, et al.,
       Plaintiffs,

v.                                                                                        No. CV 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
       Defendants,
_____

LUIS TREJO, et al.,
       Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
       Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
       Counterclaimant,

v.

KENNETH LUMAN, et al.,
       Counter-Defendants,
_____

LUIS TREJO,
       Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
       Third-party Defendants,
_____

LUIS TREJO,
       Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
       Counter-Defendants.

## **ORDER GRANTING IN PART JOINT MOTION TO EXTEND DEADLINES**

**THIS MATTER** is before the Court on the parties' *Second Stipulated Motion to Extend Case Management Deadlines* (the "Motion"), (Doc. 92), filed March 30, 2021. The

Court previously extended discovery deadlines by three months due to the parties' difficulty scheduling fact witness depositions, and the resultant delays in exchanging expert reports. *See* (Doc. 65); (Doc. 67).

In the instant Motion, the parties explain that while certain key depositions have now been completed, due to ongoing scheduling issues between all parties and counsel, "the parties are unable to schedule and depose all expert[s] before the April 28, 2021 deadline for completion of discovery." (Doc. 92 at 2). As a result, the parties request to modify the dates and deadlines set forth in the Court's prior *Order Granting Joint Motion to Extend Deadlines*, (Doc. 67). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the existing deadlines shall be modified as follows:

1. The deadline for completion of discovery shall be extended to **May 28, 2021**;
2. The deadline for discovery motions shall be extended to **June 16, 2021**;
3. The deadline for other pretrial motions shall be extended to **July 1, 2021**;
4. The deadline for the plaintiff's pretrial order shall be extended to **August 16, 2021**;
5. The deadline for the defendants' pretrial order shall be extended to **August 30, 2021**.

All other deadlines remain in effect unless amended by further order of the Court. **No further extensions shall be granted.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE