**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KENNETH LUMAN, et al.,
    Plaintiffs,

v.                                                          No. CV 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,
_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants,
_____

LUIS TREJO,
    Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,
_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

**ORDER FOR JOINT STATUS REPORT**

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that the parties shall file a Joint Status Report by no later than **April 27, 2021**, updating the Court on the following matters:

1. The status of discovery, including any outstanding discovery disputes;

2. The parties' intent to file any discovery motions;

3. Whether the parties require Court assistance in scheduling depositions; and

4. The parties' readiness to proceed to a settlement conference or to private mediation.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE