# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN, et al.,
    Plaintiffs,

v.                                                                                               No. CV 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,
_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants,
_____

LUIS TREJO,
    Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,
_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Third Stipulated Motion to Extend Case Management Deadlines* (the "Motion"), (Doc. 132), filed June 18, 2021. The Court

previously extended discovery deadlines due to the parties' difficulty scheduling depositions. *See* (Doc. 67); (Doc. 93). In the instant Motion, the parties explain that both Defendant Greenwood Motor lines and Plaintiffs have filed motions to amend their pleadings. (Doc. 132 at 2). The parties also note that they have "agreed to continue taking some depositions past the current discovery deadline in this case." *Id.* As a result, the parties request to modify the dates and deadlines set forth in the Court's prior *Order Granting in Part Joint Motion to Extend Deadlines*, (Doc. 93). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the existing deadlines shall be modified as follows:

1. The deadline for discovery motions shall be extended to **June 30, 2021**;
2. The deadline for other pretrial motions shall be extended to **August 2, 2021**;
3. The deadline for the plaintiff's pretrial order shall be extended to **September 16, 2021**;
4. The deadline for the defendants' pretrial order shall be extended to **September 30, 2021**.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE