IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN and TONYA LUMAN,

    Plaintiffs,

vs.                                                  Case No. 2:20-cv-00200-WJ/CG

BALBACH TRANSPORT INC.
and LUIS TREJO,

    Defendants.

LUIS TREJO,

    Counterclaimant and
    Third-Party Plaintiff,

vs.

KENNETH LUMAN and
GREENWOOD MOTOR LINES, INC.

    Counter-Defendant and
    Third-Party Defendant;

BALBACH TRANSPORT INC.

    Counterclaimant and
    Third-Party Plaintiff,

vs.

KENNETH LUMAN and
GREENWOOD MOTOR LINES, INC.

    Counter-Defendant and
    Third-Party Defendant.

**ORDER GRANTING DEFENDANTS BALBACH TRANSPORT, INC. AND LUIS TREJO'S MOTION FOR PROTECTIVE ORDER**

THIS MATTER having come before the Court upon Defendants' Motion for Protective Order filed on June 10, 2021, the Court having heard the arguments of counsel at hearing on June 14, 2020, the being fully advised of the Motion FINDS that the Motion should be granted in part

and that the June 15, 2021 deposition of Balbach Transport, Inc.'s 30(b)(6) witness should be vacated.

IT IS, THEREFORE, ORDERED that the Deposition of Balbach Transport, Inc.'s 30(b)(6) Witness set for June 15, 2021, at 1:30 p.m., is hereby vacated.

IT IS SO ORDERED.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

APPROVED:

CIVEROLO, GRALOW & HILL, P.A.

By: */s/ Lance D. Richards, June 22, 2021*
    Lance D. Richards
    Lauren R. Wilber
    *Attorneys for Defendants*
    *Balbach Transport, Inc. and*
    *Luis Trejo*
    P.O. Box 93940
    Albuquerque, NM 87199
    (505) 842-8255
    richardsl@civerolo.com
    wilberl@civerolo.com

AND

LILES WHITE PLLC

By: *Approved via e-mail*
    Stuart R. White, Esq.
    Kevin W. Liles, Esq.
    500 N. Water Street, Suite 800
    Corpus Christi, TX 78401
    Telephone: (361) 826-0100
    Facsimile: (361) 826-0101
    stuart@lileswhite.com
    kevin@lileswhite.com
    *Attorneys for Plaintiffs*

AND

JONES, SKELTON & HOCHULI, P.L.C.

By: *Approved via e-mail*
    Raúl Sedillo, Esq.
    100 Sun Avenue NE, Suite 204
    Albuquerque, NM 87109
    Telephone: (505) 339-3500
    rsedillo@jshfirm.com
    *Attorneys for Plaintiff/Counter-Defendant*

AND

THE FINE LAW FIRM

By: *Approved via e-mail*
    David Fine, Esq.
    220 9th Street, N.W.
    Albuquerque, NM 87102
    Telephone: (505) 243-4541
    david@thefinelawfirm.com
    *Attorneys for Counter-Plaintiff Luis Trejo*