# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN, et al.,
    Plaintiffs,

v.                                                         No. CV 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,
_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants,
_____

LUIS TREJO,
    Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,
_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that the parties have settled certain

claims. In particular, the parties have settled the following claims: (1) Mr. Luman's

personal injury claims against Balbach Transport Inc.; (2) Mr. Luman's personal injury claims against Luis Trejo; (3) Mr. Trejo's personal injury claims against Mr. Luman; and (4) Mr. Trejo's personal injury claims against Greenwood Motor Lines, Inc. The parties further informed the Court that Balbach Transport, Inc.'s property damage claims and Greenwood Motor Lines Inc.'s Motion to Amend, (Doc. 98), remain pending.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents regarding the above-listed claims no later than **July 23, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE