**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KENNETH LUMAN, et al.,
    Plaintiffs,

v.                                                                                                 No. CV 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,
_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,
_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants,
_____

LUIS TREJO,
    Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,
_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

## **ORDER GRANTING MOTION TO COMPEL**

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Compel Responses to Requests for Admission* (the "Motion"), (Doc. 125), filed June 10, 2021. In the Motion,

Plaintiffs request that the Court "deem admitted all subparts of [Requests for Admission] 1–44 which were neither admitted nor denied" by Defendants Balbach Transport Inc. and Luis Trejo. (Doc. 125 at 8). Plaintiffs ask in the alternative that the Court "overrule Defendants' objections and [] compel proper responses" to these subparts. *Id.* at 8. Plaintiffs also ask that the Court "order Defendants to either remove their objections, or to remove their answer, to every request they denied, including subpart D of RFAs 1-22, and subparts E and F of RFAs 23-44." *Id.* at 8-9.

Defendants have filed no response to the Motion, and the time for doing so has now passed. *See* D.N.M.LR-Civ. 7.4(a) ("A response must be served and filed within fourteen (14) calendar days after service of the motion."). Under Local Rule 7.1(b), "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." The Court will therefore **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Motion to Compel Responses to Requests for Admission*, (Doc. 125), is **GRANTED**.

**IT IS FURTHER ORDERED** that all Requests for Admission which were neither admitted nor denied by Defendants, as set forth in the Motion, shall be deemed **ADMITTED**.

**IT IS FINALLY ORDERED** that Defendants' objections to those Requests for Admission Defendants denied, as set forth in the Motion, are **OVERRULED**.[1]

---

[1] Plaintiffs did not, in their Motion, request fees or costs. *See* (Doc. 125). The Court therefore declines to award such. *See* Fed. R. Civ. P. 37(a)(5)(A) (requiring Court to award reasonable expenses and attorney fees unless "other circumstances make an award of expenses unjust").

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE