**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KENNETH LUMAN, et al.,
          Plaintiffs,

v.                                                 No. CV 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
          Defendants,

_____

LUIS TREJO, et al.,
          Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
          Third-Party Defendants,

_____

BALBACH TRANSPORT, INC.,
          Counterclaimant,

v.

KENNETH LUMAN, et al.,
          Counter-Defendants,

_____

LUIS TREJO,
          Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
          Third-party Defendants,

_____

LUIS TREJO,
          Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
          Counter-Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

        **THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that a status conference will be held by telephone on **Tuesday, August 10,**

**2021, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at

(877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be

connected to the proceedings.

    **IT IS SO ORDERED**.

THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE