## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KENNETH LUMAN, et al.,
    Plaintiffs,

v.                                                  No. CV 20-200 WJ/CG

BALBACH TRANSPORT, INC., et al.,
    Defendants,

_____

LUIS TREJO, et al.,
    Third-Party Plaintiffs,

v.

KENNETH LUMAN, et al.,
    Third-Party Defendants,

_____

BALBACH TRANSPORT, INC.,
    Counterclaimant,

v.

KENNETH LUMAN, et al.,
    Counter-Defendants,

_____

LUIS TREJO,
    Third-party Plaintiff,

v.

KENNETH LUMAN, et al.,
    Third-party Defendants,

_____

LUIS TREJO,
    Counterclaimant,

v.

GREENWOOD MOTOR LINES, INC., et al.,
    Counter-Defendants.

## ORDER FOR JOINT STATUS REPORT

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that the parties shall file a Joint Status Report by no later than **August 2,**

**2021**, in which the parties address the following issues related to the *Joint Motion to Dismiss*, (Doc. 138), filed July 22, 2021:

1. Identify each claim that the parties seek to dismiss by the number of the count or claim, the docket number, and the page number;

2. Identify each surviving claim by the number of the count or claim, the docket number, and the page number; and

3. Address whether the parties believe the Court will retain jurisdiction over the surviving claims.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE